Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

THEODORE ALLAN SMITH,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant

Case No: 2:17-cv-01168-AC

STIPULATION AND ORDER FOR EXTENSION OF TIME
[Fed.R.Civ.P. 6]

    WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a motion for summary judgment; and

    WHEREAS, an additional extension of 45 days is appropriate to file Plaintiff's motion for summary judgment until March 4, 2018 is required due to limited support staff familiar with the case over the holidays and is not requested for an improper purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

    NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of time for Plaintiff to draft and file his motion for summary judgment in this action. The revised due date for the filing of the motion for

1

Stipulation and Order

summary judgment is March 4, 2018.  This is the Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>DONNA WADE ANDERSON<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Donna Wade Anderson<br>Donna Wade Anderson<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

**SO ORDERED:**

DATE:  January 22, 2018

*/s/ Allison Clare*