UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ALLAN SMITH, | No. 2:17-cv-01168 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 23, 2018, this court granted Plaintiff an extension of time to March 4, 2018 to file his motion for summary judgment. ECF 14. That deadline has now passed, and Plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: March 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE