McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| THEODORE SMITH, | Case No. 2:17-cv-01168-AC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until June 8, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

1

government's position due schedule conflicts, as explained in the attached declaration. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: April 18, 2018   By:   */s/ Robert Weems* *
ROBERT WEEMS
Attorney for Plaintiff
(*By e-mail authorization on 04/18/18)

Dated: April 18, 2018         McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

  */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 18, 2018

HON. ALLISON CLAIRE
United States Magistrate Judge